# United States Court of Appeals
## For the First Circuit

No. 20-1125

SORREDA TRANSPORT, LLC,

Petitioner,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; UNITED STATES,

Respondents.

**ERRATA SHEET**

The opinion of this Court, issued on November 9, 2020, is amended as follows:

On page 7, line 14, change "Mass. Pub. Interest Rsch. Grp., Inc." to "Mass. Pub. Int. Rsch. Grp., Inc."

On page 10, line 12, change "Mass. Pub. Interest Research Grp., Inc." to "Mass. Pub. Int. Rsch. Grp., Inc."